UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SKYLER THOMAS RICE, § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION H-08-468 |
| JOHN DOE 1, *et al.*, § | |
| Defendants. § | |

## Opinion on Dismissal

Skyler Thomas Rice sues for civil rights violations. On April 12, 2008, this court told Rice to submit the complete names of all defendants and their addresses within 20 days. The court warned Rice that if he did not comply with these instructions the court would dismiss the case for want of prosecution. Rice did not comply with the court's order or respond explaining why he could not comply or seeking more time.

This case should be dismissed under the court's inherent powers to manage its docket. FED.R.CIV.P. 4l(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997). Dismissal is also appropriate for failure to obey a court order. On a proper showing, this court will grant relief from this order under FED.R.CIV.P. 60(b).

Rice's complaint will be dismissed for want of prosecution.

Signed on May 22, 2008, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge